424 A.2d 544

Commonwealth v. Seachrist, Appellant.

 Submitted March 23, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.